

# NUMBER 13-04-456-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**ROBERTO SOLIS,** **Appellant,**

**v.**

**THE STATE OF TEXAS,** **Appellee.**

### On appeal from the 404th District Court
### of Cameron County, Texas.

## MEMORANDUM OPINION

### Before Justices Yañez, Rodriguez, and Garza
### Memorandum Opinion Per Curiam

Appellant, Roberto Solis, attempted to appeal an order issued by the trial court on August 3, 2004. On September 2, 2004, the Clerk of this Court notified appellant that it appeared that the order from which the appeal was taken was not an appealable order, and requested correction of this defect within ten days or the appeal would be dismissed. Appellant has failed to respond to the Court's directive.

Based on the Court's review of a companion appeal, *Roberto Solis v. The State of Texas*, Cause No. 13-03-00262-CR, 2006 Tex. App. LEXIS 6216, *1-*19 (Tex. App.–Corpus Christi Jul. 20, 2006, no pet.)(not designated for publication), the matter subject to appeal herein has already been addressed.

Accordingly, the appeal is DISMISSED.


PER CURIAM

Do not publish.
*See* Tex. R. App. P. 47.2(b).

Memorandum Opinion delivered
and filed this the 27th day of March, 2008.